UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREATER AMERICAN LAND RESOURCES, INC., <br><br> Appellant, <br><br> v. <br><br> TOWN OF BRICK, NEW JERSEY, <br><br> Brick. | Civil Action No.: 11-cv-5308 (CCC) <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter having come before the Court upon Appellant Greater American Land Resources, Inc.'s appeal of the Bankruptcy Court's July 14, 2011 ruling; and the Court deciding the matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure; and for the reasons expressed in the Opinion filed herewith; and for good cause shown,

**IT IS** on this 17th day of May, 2012,

**ORDERED** that the Appeal from Bankruptcy Court is DENIED; and it is further

**ORDERED** that the decision of the Bankruptcy Court is hereby AFFIRMED. This matter is hereby closed.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**